## STATE v. F. J. FRIES.[1]

December 10, 1926.

No. 25,703.

**Conviction for transporting liquor sustained.**
    The evidence sustains the conviction of the defendant of the unlawful transportation of intoxicating liquor.

Intoxicating Liquors, 33 C. J. p. 759 n. 98.

Defendant was convicted in the municipal court of Minneapolis, Charles L. Smith, J., of the offense of transporting intoxicating liquor unlawfully and appealed from the judgment. Affirmed.

*Nathan Rivkin*, for appellant.

*Neil M. Cronin* and *Arthur P. Jensen*, for the state.

DIBELL, J.

There was evidence on the part of two police officers that they saw the defendant, who was convicted of the unlawful transportation of intoxicating liquor, carry across a street at the carnival grounds in Minneapolis and deposit in an automobile a bottle, the contents of which were shown sufficiently though not absolutely to be intoxicating liquor. Opposed was evidence given by the defendant and his brother that there was not such transportation. The issue was one of fact determinable either for or against the defendant. The finding of the trial court is sustained, and there is no room for profitable discussion.

Affirmed.

[1]Reported in 211 N. W. 310.